UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22086-CIV-LENARD/WHITE

**TIMOTHY WALLACE**,

        Plaintiff,

vs.

**DERYL LOAR, et al.**,

        Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 44)
AND DENYING MOTION TO DISMISS AMENDED COMPLAINT (D.E. 36)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 44), issued on April 19, 2011. In his Report, Magistrate Judge White recommends that Defendant Chris Stromberg's Motion to Dismiss the Amended Complaint (D.E. 36), filed on February 15, 2011, be denied. The Report reviews the Amended Complaint (D.E. 31) pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), finding that Plaintiff fails to state a claim against Sheriff Deryl Loar and therefore all of Plaintiff's claims against Defendant Loar must be dismissed. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed.[1] Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149

---

[1] Plaintiff filed a Response to the Report of Magistrate Judge (D.E. 46) on May 2, 2011 in which he states that he does not have any objections to the Report.

(11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 44), issued on March 29, 2011, is **ADOPTED.**

2. Defendant Chris Stromberg's Motion to Dismiss Amended Complaint (D.E. 36), filed on February 15, 2011, is **DENIED**.

3. All claims against Defendant Deryl Loar are **DISMISSED** and Defendant Deryl Loar is hereby **DISMISSED** from this Action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of May, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**